**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JAMES IRA JACKSON,

Plaintiff,

v. Case No. 2:26-cv-2588-SPC-KRH

STATE OF FLORIDA, ET AL.,

Defendants.

---

**ORDER**

Plaintiff James Ira Jackson filed a 42 U.S.C. § 1983 complaint on September 21, 2026. (Doc. 1.) The full filing fee or motion to proceed *in forma pauperis* was due by October 21, 2026. (Doc. 2 at 2.) Plaintiff has not complied with this requirement. Within **TWENTY-ONE (21) DAYS** from the date of this order, Plaintiff must either pay the $405.00 civil filing fee, file a motion to proceed *in forma pauperis*, or seek an extension of time to do so. **Failure to fully comply will result in the dismissal of this case for failure to prosecute without further notice.**

**DONE and ORDERED** on November 25, 2026.

Kevin R. Huguelet
United States Magistrate Judge